United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF OAKLAND PORT, a municipal
corporation, acting by and through its board
of port commissioners,

        Plaintiff,

  v.

CITY OF OAKLAND, a municipal
corporation,

        Defendant.

_____/

No. C 11-01709 WHA

**ORDER DENYING
STIPULATED REQUEST
TO CHANGE TIME**

      The parties jointly request approximately a five-week extension of the current dates and

deadlines for (1) responding to the complaint, (2) conducting ADR planning, (3) conducting

Rule 26 planning, and (4) attending the initial case management conference. The parties explain

that they "are engaged in discussions regarding narrowing or resolving all, or some of, the issues

in the Complaint without further litigation" (Dkt. No. 16).

      Good cause not having been shown, the request is **DENIED**. Litigation must proceed in a

timely fashion despite parallel efforts to settle the case. The parties are reminded, however, that

pursuant to Civil Local Rule 6-1 they may stipulate to extending the time within which to answer

or otherwise respond to the compliant *without* a court order.

      **IT IS SO ORDERED.**

Dated:  June 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE